IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

KELLY MICHELLE JACKSON

           Plaintiff,

v.                                           CIVIL ACTION NO. 2:20-cv-00266

ANDREW SAUL,
Commissioner of Social Security,

           Defendant.

**ORDER**

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On March 4, 2021, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations [ECF No. 19] ("PF&R") and recommended that the court **DENY** Claimant's request to reverse the Commissioner's decision [ECF No. 15], **GRANT** the Commissioner's request to affirm his decision [ECF No. 18], **AFFIRM** the final decision of the Commissioner, and **DISMISS** this action from the court's docket. As both parties were served electronically, objections were due no later than March 18, 2021. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."

28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES** Claimant's request to reverse the Commissioner's decision [ECF No. 15], **GRANTS** the Commissioner's request to affirm his decision [ECF No. 18], **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this action from the court's docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 19, 2021

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE